UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONALD C. RYAN,

    Plaintiff,

v.                          No.3:05-cv-1024-J-12HTS

FLORIDA COMBINED LIFE
INSURANCE COMPANY., etc.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc.5), filed January 20, 2006. Upon review of the stipulation, it is

**ORDERED AND ADJUDGED:**

That this cause is hereby dismissed with prejudice and the Clerk shall enter judgment.

**DONE AND ORDERED** this 25TH day of January 2006.

                                              Howell W. Melton
                                        **SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record